# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JEFFREY SCOTT ZIEGLER,

        Petitioner,

v.

RON HAYES,

        Respondent.

Case No. C18-5511-RJB-TLF

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's 28 U.S.C. § 2254 petition (Dkt. 1-1) is **DISMISSED WITHOUT PREJUDICE**.

    (3)    Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is denied as moot.

    (4)    The Clerk is directed to send, to petitioner, copies of the Ninth Circuit Court of Appeals Form 12 –Application for Leave to File Second or Successive Petition Under 28 U.S.C. § 2254 or Motion Under 28 U.S.C. § 2255 and a copy of Ninth Circuit Rule 22-3.

    (5)    The Clerk is also directed to send copies of this Order to petitioner.

ORDER ADOPTING REPORT AND RECOMMENDATION
- 1

Dated this 19th day of November 2018.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge