1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

JEFFREY SCOTT ZIEGLER,

Case No. C18-5511-RJB-TLF

Petitioner,

11

v.

**AMENDED ORDER ADOPTING
REPORT AND
RECOMMENDATION**

12

RON HAYES,

13

Respondent.

14

15

    The Court, having reviewed the report and recommendation, the petition for writ of

16

federal *habeas corpus* relief, objections to the Report and Recommendation, if any, and the

remaining record, does hereby find and ORDER:

17

18

    (1)    The Court adopts the Report and Recommendation.

19

    (2)    Petitioner's 28 U.S.C. § 2254 petition (Dkt. 1-1) is **DISMISSED WITHOUT
PREJUDICE**.

20

    (3)    A certificate of appealability is denied in this case.

21

    (4)    Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is denied as moot.

22

    (5)    The Clerk is directed to send copies of the Ninth Circuit Court of Appeals Form
12 –Application for Leave to File Second or Successive Petition Under 28 U.S.C.
§ 2254 or Motion Under 28 U.S.C. § 2255 and a copy of Ninth Circuit Rule 22-3.

23

24

    (6)    The Clerk is also directed to send copies of this Order to petitioner.

25

Dated this 20th day of November, 2018.

_Robert J. Bryan_

ROBERT J. BRYAN
United States District Judge